# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:22cr29/TKW

EMETTE H MILES

_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, **EMETTE H MILES,** to Count One and Count Two of the Indictment is hereby **ACCEPTED**.   All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this 15th day of July, 2022.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**